**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Christopher Hedlund v. The State of Texas

Appellate case number:   01-12-00378-CR

Trial court case number: 1749885

Trial court:             County Criminal Court at Law No. 8 of Harris County

On February 18, 2013, appellant moved to remand the case to the trial court "due to [a] lost or destroyed reporter's record." On February 28, 2013, the Court, having determined that a reporter's record that complies with Texas Rule of Appellate Procedure 34.6 had been filed, denied the motion to remand. *See* TEX. R. APP. P. 34.6. On March 7, 2013, appellant, through his new counsel, moved to dismiss the motion to remand under consideration. Having ruled, the motion is **denied**.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually     ☐ Acting for the Court

Date: March 28, 2013